| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>NOMINEE REPORT | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>BURGESS, TIMOTHY M | 2. Court or Organization<br><br>U.S. District Court, Alaska | 3. Date of Report<br><br>8/1/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge –nominee | 5. ReportType (check appropriate type)<br><br>⦿ Nomination, Date 7/28/2005<br><br>○ Initial ○ Annual ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>6/30/2005 |
| 7. Chambers or Office Address<br><br>United States Attorney's Offic<br>222 West 7th Ave., Rm. 253<br>Anchorage, AK 99513-7567 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 10/2004 | Alaska Permanent Fund Dividend (Paid to all qualifying residents) | $920.00 |
| 2. | 10/2003 | Alaska Permanent Fund Dividend (Paid to all qualifying residents) | $1108.00 |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | State of Alaska, Salary |
| 2. | 10/2004 | Alaska Permanent Fund Dividend (Paid to all qualifying residents) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | Exempt |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| I. | Exempt | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Credit Union One | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| BURGESS, TIMOTHY M | 8/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. T.Rowe Price 529 Plan C; T.Rowe Price College Savings Plan | | None | L | T | Exempt | | | | |
| 2. T. Rowe Price 529 Plan (B)' T. Rowe Price College Savings | | None | K | T | | | | | |
| 3. T. Rowe Price 529 Plan (B); T. Rowe Price College Savings | | None | J | T | | | | | |
| 4. T. Rowe Price 529 Plan (B); T. Rowe Price College Savings | | None | J | T | | | | | |
| 5. Alaska Public Employees Retirement System 401 (K) | | None | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

III. A. Continuation of information: Non-Investment Income:

As a current federal employee, I received non-investment fund income in the form of a salary.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date August 1, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 15 | 000 | Notes payable to banks-secured | | |
| U.S. Government securities-add schedule | | | Notes payable to banks-unsecured | | |
| Listed securities-add schedule | | | Notes payable to relatives | | |
| Unlisted securities--add schedule | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | 14 | 000 |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid income and interest | | |
| Doubtful | | | Real estate mortgages payable-add schedule | 159 | 000 |
| Real estate owned-add schedule | 342 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | |
| Autos and other personal property | 25 | 000 | Sallie Mae (student loan) | 3 | 900 |
| Cash value-life insurance | | | | | |
| Other assets itemize: | | | | | |
| Thrift Savings | 293 | 000 | | | |
| State of AK 401 (C) | 188 | 000 | | | |
| College Savings Plan Account | 101 | 000 | Total liabilities | 176 | 900 |
| | | | Net Worth | 787 | 100 |
| Total Assets | 964 | 000 | Total liabilities and net worth | 964 | 000 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) NO | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? NO | | |
| Legal Claims | | | Have you ever taken bankruptcy? NO | | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |

## REAL ESTATE SCHEDULE

PERSONAL RESIDENCE   $342,000.00          MORTGAGE   $159,000.00